<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>GARRY MASTERSON, ESQ. (SBN 297208)<br>Weltman, Weinberg & Reis Co., L.P.A.<br>5990 West Creek Rd, Suite 200<br>Independence, OH 44131<br>Telephone: (216) 672-6984<br>Facsimile: (216) 739-5680<br>Email: BnkEcf-CA@weltman.com<br>WWR# 041740614<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney*</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION</td></tr>
<tr><td>In re:<br><br>DI Overnite LLC, a Nevada limited liability company<br><br>Debtor(s).</td><td>CASE NO.: 8:25-bk-10446-TA<br>CHAPTER: 7<br>ADV. NO.</td></tr>
<tr><td>Plaintiff(s)<br><br>v.<br><br>Defendant(s)</td><td>SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO<br><br>HEARING DATE: 05/20/2025<br>HEARING TIME: 10:00 AM<br><br>☐ Movant intends to appear in person</td></tr>
<tr><td colspan="2">Movant: Toyota Industries Commercial Finance, Inc.</td></tr>
</table>

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C § 362 (with supporting declarations) (PERSONAL PROPERTY)**

2. **Please be advised that the Court will conduct the hearing using ZoomGov audio and video technology.** Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Case participants may connect using ZoomGov video and audio free of charge using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

5. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. In contrast, by mandate of the Administrative Office of the United States Courts, members of the public and the media may only connect to the ZoomGov audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the media may observe such proceedings in person (with advance notice to chambers).

8. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

9. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

10. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

11. The following is the unique ZoomGov connection information for the above-referenced hearing:

| | |
|---|---|
| **Video/audio web address:** | https://cacb.zoomgov.com/j/1608792853 |
| **ZoomGov meeting number:** | 160 879 2853 |
| **Password:** | 081538 |
| **Telephone conference lines:** | 1 (669) 254 5252 or 1 (646) 828 7666 |

12. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: April 24, 2025

Weltman, Weinberg & Reis Co., L.P.A.
Printed name of law firm (if applicable)

Garry Masterson, Attorney for Movant
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3155 West Big Beaver Rd, Suite 260, Troy, MI 48084

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ori Katz, Attorney for Debtor at okatz@sheppardmullin.com
Alexandria Lattner, Attorney for Debtor at alattner@sheppardmullin.com
Jennifer L Nassiri, Attorney for Debtor at JNassiri@sheppardmullin.com
Marc C. Forsythe, Attorney for Debtor at mforsythe@goeforlaw.com
United States Trustee (SA) at ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DI Overnite LLC, a Nevada limited liability company, Debtor; 1900 S. State College #450, Anaheim, CA 92806
Black Widow Holdings, LLLP, Petitioning Creditor at 2450 ST Rose Parkway #200, Henderson, NV 89074
Mike Martin, Petitioning Creditor at 2700 Newport Blvd, Suite #172, Newport Beach, CA 92663
Love, Inc., Petitioning Creditor at 9620 West Russel Road #2122, Las Vegas, NV 89148
Honorable Theodor Albert (Judge's copy not required)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/24/2025 | Jennie Adragna | /s/ Jennie Adragna |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |