| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ronald K. Brown, Jr. (Bar No. 102012)<br>LAW OFFICES OF RONALD K. BROWN, JR., APC<br>901 Dove Street, Suite 120<br>Newport Beach, California 92660<br>Telephone: (949) 250-3322; Fax: (949) 250-3387<br>Ron@rkbrownlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** | |
| In re:<br><br>DI Overnite LLC<br><br>Debtor(s) | CASE NO.: 8:25-bk-10446-SC<br>CHAPTER: 7<br><br>**SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE**<br><br>HEARING DATE: 8/20/2025<br>HEARING TIME: 10:00 a.m.<br>HEARING LOCATION: 5C |
| **Movant:** GV Stadium Gateway, LLC | |

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Maureen Tighe, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

| |
|---|
| **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** |

2. In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone, and speaker), or a handheld mobile device with an integrated camera, microphone, and speaker (such as an iPhone, iPad, Android phone or Android tablet).
4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.
5. Parties in interest (and their counsel) may connect to the hearing by audio only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.
6. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**
7. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.
8. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.
9. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**
10. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.
11. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1614598328

    Meeting ID: 161 459 8328

    Password: 628392

    Telephone: +1 (669) 254 5252 or +1 (646) 828 7666

12. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 7/14/2025

LAW OFFICES OF RONALD K. BROWN, JR., APC
Printed name of law firm (if applicable)

Ronald K. Brown, Jr., Attorney for Movant
Printed name of individual Movant or attorney for Movant

**NOTE: Unless otherwise ordered by Judge Tighe: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

901 Dove Street, Suite 120
Newport Beach, California 92660

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/14/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ori Katz- okatz@sheppardmullin.com
Alexandria Lattner -alattner@sheppardmullin.com
United States Trustee -ustpregion16.sa.ecf@usdoj.gov
Alexandria Lattner- alattner@sheppardmullin.com
Jennifer L Nassiri -JNassiri@sheppardmullin.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 7/14/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DI Overnite LLC - Attn: President
1900 S. State College, #450
Anaheim, CA 92806

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/14/25, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court -Central District of California
411 West Fourth Street, Suite 5130 / Courtroom 5C, Santa Ana, CA 92701-4593
VIA FEDERAL EXPRESS

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/14/25 | LESLEY ALDAMA | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |