Mia S. Blackler (SBN 188112)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mblackler@lubinolson.com

Attorneys for Secured Creditor
MacArthur Santa Ana Corporate Center, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DI OVERNITE LLC,<br><br>Debtors. | Case No. 8:25-bk-10446-SC<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON SECURED CREDITOR MACARTHUR SANTA ANA CORPORATE CENTER, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l)**<br><br>Date: December 10, 2025<br>Time: 10:00 a.m.<br>Ctrm: 5C<br>Place: 411 West Fourth Street, Santa Ana, CA 92701<br>Judge: Hon. Scott C. Clarkson |

**PLEASE TAKE NOTICE** that a hearing on Secured Creditor MacArthur Santa Ana Corporate Center, LLC, Motion for Relief From the Automatic Stay or for Order Confirming that the Automatic Stay Does Not Apply Under 11 U.S.C. § 362(I), will be held on Wednesday, December 10, 2025 at 10:00 a.m., at 411 West Fourth Street, Santa Ana, California, the Honorable Scott C. Clarkson, presiding.

**PLEASE TAKE FURTHER NOTICE** that parties may attend by Zoom Webinar via ZoomGov: Video and audio connection information for each hearing will be provided on Judge

Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

Dated: November 7, 2025

LUBIN OLSON & NIEWIADOMSKI LLP

By: */s/ Mia S. Blackler*
Mia S. Blackler
Attorneys for Secured Creditor
MacArthur Santa Ana Corporate Center, LLC