| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sark Ohanian, Esq. (CA SBN: 208905)<br>Edward A. Cherkezian, Esq. (CA SBN: 325400)<br>Carpenter & Zuckerman<br>8827 West Olympic Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 273-1230<br>Fax: (310) 858-1063<br>Email: eservice@cz.law<br>Email: sark@cz.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>DI Overnite LLC, a Nevada limited liability company aka<br>DI Investments aka<br>DI Logistics LLC aka<br>Deliver IT LLC,<br><br>Debtor(s). | CASE NO.: 8:25-bk-10446-SC<br>CHAPTER: 7<br><br>AMENDED<br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)**<br><br>DATE: 02/18/2026<br>TIME: 10:00 am<br>COURTROOM: 5C<br>*Appearance via zoom. ZoomGov accessibility info will be provided by the Court in its tentative ruling prior to hearing |

**Movant**: LOUIS SHEPPARD

1. **Hearing Location**:
   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) ___________ and (*time*) ___________; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 02/03/2026

Carpenter & Zuckerman
Printed name of law firm (if applicable)

Sark Ohanian, Esq.
Printed name of individual Movant or attorney for Movant

/s/ Sark Ohanian, Esq.
Signature of individual Movant or attorney for Movant

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**
   a. ☒ Plaintiff
   b. ☐ Defendant
   c. ☐ Other (*specify):*

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:
   a. *Name of Nonbankruptcy Action*: Louis Sheppard v. DI Overnite LLC, et al.
   b. *Docket number*: 24CV000071
   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
      Sacramento County Superior Court, 720 9th Street, Sacramento, CA 95814
   d. Causes of action or claims for relief (Claims):

      Motor Vehicle & General Negligence

3. **Bankruptcy Case History:**
   a. ☐ A voluntary ☒ An involuntary petition under chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on (*date*) 02/21/2025 .
   b. ☐ An order to convert this case to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*date*) ___________.
   c. ☐ A plan was confirmed on (*date*) ___________.

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:
   a. ☒ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.
   b. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.
   e. ☒ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

f. ☐ The bankruptcy case was filed in bad faith.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

(3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

(4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☐ Other (*specify*):

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

c. ☐ Other (*specify*):

6. **Evidence in Support of Motion: (*Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)**

a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

b. ☐ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☒ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date: 02/03/2026

Carpenter & Zuckerman
Printed name of law firm (*if applicable)*

Sark Ohanian, Esq.
Printed name of individual Movant or attorney for Movant

/s/ Sark Ohanian, Esq.
Signature of individual Movant or attorney for Movant

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) Sark Ohanian, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

   ☐ I am the Movant.
   ☒ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☐ I am employed by Movant as (*title and capacity*):
   ☐ Other (*specify*):

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (*specify):*

4. The Nonbankruptcy Action is pending as:

   a. *Name of Nonbankruptcy Action*: Louis Sheppard v. DI Overnite LLC, et al.
   b. *Docket number*: 24CV000071
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action is pending*:

      Sacramento County Superior Court, 720 9th Street, Sacramento, CA 95814

5. **Procedural Status of Nonbankruptcy Action**:

   a. The Claims are:
      On March 14, 2022, Kenneth Woods (defendant in Nonbankruptcy Action and in the course and scope of employment with Debtor) was driving a truck for for Defendant DI Overnight LLC when the truck was involved in a motor vehicle collision with Movant Louis Sheppard's vehicle causing injury.

   b. True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit 1,2.

   c. The Nonbankruptcy Action was filed on (*date*) 01/04/2024.

   d. Trial or hearing began/is scheduled to begin on (*date*) 10/19/2026.

   e. The trial or hearing is estimated to require 5-7 days (*specify*).

   f. Other plaintiffs in the Nonbankruptcy Action are (*specify*):
      None

g. Other defendants in the Nonbankruptcy Action are (*specify*):
Kenneth Woods, an individual (employee/agent of the Debtor)

6. **Grounds for relief from stay:**

a. ☒ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

b. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c. ☒ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate. The insurance carrier and policy number are (*specify*):
Old Republic Insurance Company, Policy Number MWTB 314374 22

d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

(1) ☒ It is currently set for trial on (*date*) 10/19/2026 .

(2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) ___________. The basis for this belief is (*specify*):

(3) ☒ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

(3) ☐ Multiple bankruptcy cases affecting the Property include:

(A) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(B) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(C) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f. ☐ See attached continuation page for other facts justifying relief from stay.

7. ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit ____

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/03/2026 | Sark Ohanian | /s/ Sark Ohanian |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

# EXHIBIT 1

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Issued and Filed
Superior Court of California,
Sacramento
01/04/2024
bloxsov
By ______________, Deputy
24CV000071

**NOTICE TO DEFENDANT:** KENNETH WOODS, an Individual; DI
***(AVISO AL DEMANDADO):*** OVERNITE LLC, a Limited Liability Company and DOES 1 to 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** LOUIS SHEPPARD, an
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):*** Individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Sacramento
720 9th Street
Sacramento, California 95814

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Steven L. Mazza, Esq. SBN 101076
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Carpenter & Zuckerman
8827 West Olympic Blvd., Beverly Hills, CA 90211 310-273-1230

DATE: *(Fecha)* JAN – 4 2024
Clerk, by *(Secretario)* V. BLOXSON, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

under:
☐ CCP 416.10 (corporation)
☐ CCP 416.20 (defunct corporation)
☐ CCP 416.40 (association or partnership)
☐ CCP 416.60 (minor)
☐ CCP 416.70 (conservatee)
☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder-

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Issued and Filed
Superior Court of California,
Sacramento
01/04/2024
bloxsov
By ______________, Deputy
24CV000071

**NOTICE TO DEFENDANT:** KENNETH WOODS, an Individual; DI
***(AVISO AL DEMANDADO):*** OVERNITE LLC, a Limited Liability Company and DOES 1 to 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** LOUIS SHEPPARD, an
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):*** Individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California. County of Sacramento
720 9th Street
Sacramento, California 95814

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Steven L. Mazza, Esq. SBN 101076
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Carpenter & Zuckerman
8827 West Olympic Blvd., Beverly Hills, CA 90211 310-273-1230

DATE: *(Fecha)* JAN - 4 2024 Clerk, by *(Secretario)* V. BLOXSON, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
EUREKA

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

Westlaw Doc & Form Builder-

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Steven L. Mazza, Esq. SBN: 101076
Carpenter & Zuckerman
8827 West Olympic Blvd., Beverly Hills, CA 90211
TELEPHONE NO.: 310-273-1230 FAX NO. (Optional): 310-858-1063
E-MAIL ADDRESS: eservice@cz.law
ATTORNEY FOR (Name): Plaintiff, LOUIS SHEPPARD

FOR COURT USE ONLY

Filed
Superior Court of California,
Sacramento
01/03/2024
bloxsov
By ______________, Deputy
24CV000071

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento, 95814
BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

CASE NAME: SHEPPARD v. WOODS

## CIVIL CASE COVER SHEET

[X] **Unlimited** (Amount demanded exceeds $25,000)
[ ] **Limited** (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER:
JUDGE:
DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[X] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

BY FAX

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: TWO (2): General Negligence / Motor Vehicle
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 22, 2023
Steven L. Mazza, Esq.
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Filed
Superior Court of California,
Sacramento
01/03/2024
bloxsov
By ______________, Deputy
24CV000071

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER: 101076<br>NAME: Steven L. Mazza, Esq.<br>FIRM NAME: Carpenter & Zuckerman<br>STREET ADDRESS: 8827 West Olympic Blvd.<br>CITY: Beverly Hills STATE: CA ZIP CODE: 90211<br>TELEPHONE NO.: 310-273-1230 FAX NO.: 310-858-1063<br>EMAIL ADDRESS: eservice@cz.law<br>ATTORNEY FOR *(name)*: Plaintiff, LOUIS SHEPPARD | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SACRAMENTO<br>STREET ADDRESS: 720 9th Street<br>MAILING ADDRESS: 720 9th Street<br>CITY AND ZIP CODE: Sacramento, 95814<br>BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse | |
| PLAINTIFF: LOUIS SHEPPARD, an Individual<br>DEFENDANT: KENNETH WOODS, an Individual; DI OVERNITE LLC, a Limited Liability Company and<br>[X] DOES 1 TO 50, Inclusive | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED *(Number)*:**<br>Type ***(check all that apply)*:**<br>[X] **MOTOR VEHICLE** [X] **OTHER *(specify)*:** General Negligence<br>[X] **Property Damage** [ ] **Wrongful Death**<br>[X] **Personal Injury** [X] **Other Damages *(specify)*:** | CASE NUMBER: |
| **Jurisdiction** *(check all that apply)*:<br>[ ] **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000<br>[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**<br>[ ] **ACTION IS RECLASSIFIED by this amended complaint**<br>[ ] **from limited to unlimited**<br>[ ] **from unlimited to limited** | |

BY FAX

1. **Plaintiff** *(name or names)*: LOUIS SHEPPARD, an Individual
   alleges causes of action against **defendant** *(name or names)*: KENNETH WOODS, an Individual; DI OVERNITE LLC, a Limited Liability Company and DOES 1 to 50, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SACRAMENTO | Court Use Only |
|---|---|
| COURTHOUSE ADDRESS:<br>Gordon D. Schaber Superior Court<br>720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>Louis Sheppard | |
| DEFENDANT/RESPONDENT:<br>Kenneth Woods et al | |
| **NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (UNLIMITED CIVIL CASE)** | CASE NUMBER:<br>24CV000071 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

## NOTICE OF CASE ASSIGNMENT

Pursuant to rule 3.734 of the California Rules of Court, this action is hereby assigned for limited purposes to the judicial officers indicated below:

| PURPOSE | ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT |
|---|---|---|---|
| LAW & MOTION | Christopher E. Krueger | Hall of Justice | 54 |
| CASE MANAGEMENT PROGRAM | Kenneth C. Mennemeier | Gordon D. Schaber Superior Court | 38 |

Please refer to Chapter Two – Parts 3 and 4 of the Sacramento Superior Court Local Rules and the Court's website for additional filing instructions and hearing reservation information.

## NOTICE OF CASE MANAGEMENT CONFERENCE

### Hearing Date

The above entitled action has been set for a case management conference at **8:30 AM** on **December 27, 2024** in **Department 38** in accordance with California Rules of Court 3.722. You must be familiar with the case and fully prepared to participate effectively in the case management conference.

### Case Management Statement

All parties must file and serve a case management statement at least 15 calendar days before the case management conference. Parties are encouraged to file a single joint case management statement.

### Minimum Requirements

Prior to the filing of the case management statement, the parties should have done the following:

- Served all parties named in the complaint within 60 days after the summons has been issued
- Ensured that all defendants and cross-defendants have answered, been dismissed, or had their defaults entered
- Met and conferred with all parties as required by CRC 3.724 to discuss and resolve issues set forth therein.

| SHORT TITLE: SHEPPARD vs WOODS, et al. | CASE NUMBER: 24CV000071 |
|---|---|

**Tentative Ruling**

Following its review of the case management statement(s), the court may determine that a case management conference is not necessary. To determine whether an appearance is required, the parties must check the court's tentative rulings after 2:00 p.m. on the Court day before the Friday calendar by accessing the court's internet website at www.saccourt.ca.gov

**Remote Appearances**

Unless ordered to appear in person by the court, parties may appear remotely either telephonically or by video conference via the Zoom video/audio conference platform with notice to the court and all other parties in accordance with Code of Civil Procedure 367.75. If appearing remotely, parties are required to participate in their hearing using a device that has video and/or audio capability (i.e. computer, smartphone, or tablet). Although remote participation is not required, the court will presume all parties are appearing remotely for non-evidentiary civil hearings.

**Certification Filed in Lieu of Case Management Statement**

If parties in the action file a certification on a form provided by the court at least 15 calendar days prior to the date of the case management conference that the case is short cause (five hours or less of trial time), that the pleading stage is complete and that the case will be ready for trial within 60 days, the case will be exempted from any further case management requirements and will be set for trial within 60-120 days. The certification shall be filed in lieu of a case management statement.

**Case Management Orders**

At the case management conference, the court will consider whether the case should be ordered to judicial arbitration or referred to other forms of Alternative Dispute Resolution. Whether or not a case management conference is held, the court will issue a case management order shortly after the scheduled conference date.

**Service of Notice of Case Assignment and Case Management Conference**

Unless otherwise ordered by the court, plaintiff shall serve a copy of this notice on any party to the complaint appearing after the court issued this notice. The cross-complainant shall have the same obligation with respect to the cross-complaint.

**Compliance**

Failure to comply with this notice or to appear at the case management conference may result in the imposition of sanctions (including dismissal of the case, striking of the answer, or payment of money).

**Continuances**

Case management conference(s) will not be continued except on a showing of good cause. If your case management conference is continued on motion or by the court on its own motion all parties shall file and serve a new case management statement at least 15 calendar days before the continued case management conference.

Dated: 01/04/2024 By: /s/ V. Bloxson
V. Bloxson, Deputy Clerk

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Steven L. Mazza, Esq. SBN: 101076
Carpenter & Zuckerman
8827 West Olympic Blvd., Beverly Hills, CA 90211
TELEPHONE NO.: 310-273-1230 FAX NO. (Optional): 310-858-1063
E-MAIL ADDRESS: eservice@cz.law
ATTORNEY FOR (Name): Plaintiff, LOUIS SHEPPARD

FOR COURT USE ONLY

Filed
Superior Court of California,
Sacramento
01/03/2024
bloxsov
By _______________, Deputy
24CV000071

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SACRAMENTO
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento, 95814
BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

CASE NAME: SHEPPARD v. WOODS

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [X] **Unlimited** (Amount demanded exceeds $25,000) [ ] **Limited** (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [X] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

BY FAX

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: TWO (2): General Negligence / Motor Vehicle
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 22, 2023
Steven L. Mazza, Esq.
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SACRAMENTO**

| | |
|---|---|
| COURTHOUSE ADDRESS:<br>Gordon D. Schaber Superior Court<br>720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>Louis Sheppard | |
| DEFENDANT/RESPONDENT:<br>Kenneth Woods et al | |
| **NOTICE OF REJECTION – GENERAL** | CASE NUMBER<br>24CV000071 |

We are unable to process your ☐ **complaint/petition** ☐ **answer/response** ☐ **general denial** ☐ **amended complaint** ☐ **cross-complaint** ☑ **other:** Statement of Damages submitted on 01-03-2024 for the following reason(s):

1. ☐ The required fee of $ ______________ or fee waiver was not submitted.
2. ☐ Check enclosed in the amount of $________________ is ☐ altered ☐ unsigned.
3. ☐ The case number ☐ is missing ☐ is incomplete ☐ does not correspond to our records ☐ is not a Sacramento Superior Court case.
4. ☐ Summons must conform exactly to the caption of the complaint.
5. ☐ Names not listed on the amended complaint or cross-complaint pursuant to Local Rule 2.20.
6. ☐ Reclassification fee of $ ________________ is required with filling of ☐ cross-complaint ☐ amended complaint, as this document is changing the jurisdiction of the case.
7. ☐ A court order is required in order to file this ☐ cross-complaint ☐ amended complaint.
8. ☐ Must use the mandatory Judicial Council form pursuant to California Rules of Court, Rule 1.31
9. ☐ A hearing date/time must be reserved prior to filing. Please obtain a reservation date/time using the Court's online reservation system at www.saccourt.ca.gov or contact the clerk of the assigned department and include the reservation number on your documents.
10. ☐ Document(s) must include the hearing date/time/department.
11. ☐ Signature required.
12. ☐ Incomplete information where indicated.
13. ☑ Other: Statement of Damages is to be filed when applying for default judgment not at case initiation.

Dated: 01/04/2024

By: V. Bloxson
Deputy Clerk

For Optional Use

**NOTICE OF REJECTION - GENERAL**

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Steven L. Mazza, Esq.
Carpenter & Zuckerman
8827 West Olympic Blvd., Beverly Hills, CA 90211
TELEPHONE NO.: 310-273-1230
SBN: 101076
fax number: 310-858-1063 email: eservice@cz.law
ATTORNEY FOR (name): Plaintiff, LOUIS SHEPPARD

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento, 95814
BRANCH NAME: Gordon D. Schaber Sacramento County Courthouse

PLAINTIFF: LOUIS SHEPPARD, an Individual
DEFENDANT: KENNETH WOODS, an Individual

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER:

To (name of one defendant only): DI OVERNITE LLC, a Limited Liability Company
Plaintiff (name of one plaintiff only): LOUIS SHEPPARD, an Individual
seeks damages in the above-entitled action, as follows:

| | AMOUNT |
|---|---|
| 1. **General damages** | |
| a. [X] Pain, suffering, and inconvenience | $ 10,000,000 |
| b. [X] Emotional distress | $ 10,000,000 |
| c. [ ] Loss of consortium | $ |
| d. [ ] Loss of sociey and companionship *(wrongful death actions only)* | $ |
| e. [X] Other *(specify)* Interest as permitted by law | $ Undetermined |
| f. [ ] Other *(specify)* | $ |
| g. [ ] Continued on Attachment 1.g. | |
| 2. **Special damages** | |
| a. [X] Medical expenses *(to date)* | $ 108,000.00 |
| b. [X] Future medical expenses *(present value)* | $ Undetermined |
| c. [X] Loss of earnings *(to date)* | $ Undetermined |
| d. [X] Loss of future earning capacity *(present value)* | $ Undetermined |
| e. [X] Property damage | $ Undetermined |
| f. [ ] Funeral expenses *(wrongful death actions only)* | $ |
| g. [ ] Future contributions *(present value) (wrongful death actions only)* | $ |
| h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| i. [ ] Other *(specify)* | $ |
| j. [ ] Other *(specify)* | $ |
| k. [ ] Continued on Attachment 2.k. | |

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $
when pursuing a judgment in the suit filed against you.

Date: December 22, 2023

Steven L. Mazza, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

BY FAX



Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov
Westlaw Doc & Form Builder-

EXHIBIT 2

# Sacramento Superior Court

**Journal Technologies**

**24CV000071** SHEPPARD vs WOODS, et al.
**Unlimited Civil** (Motor Vehicle - Personal Inju...)

Filed: 01/03/2024

Gordon D. Schaber Superior Court / DEPT 25 - HON. Julie G. Yap

Next Hearing: 09/21/2026 Mandatory Settlement Conference (MSC)

Back

## Case Summary

Documents Register of Actions Case Participants Hearings Tentative Rulings

### Hearings

Search

| Name | Date/Time | Status | Department |
|---|---|---|---|
| Long Cause Trial Assignment | 10/19/2026 08:30 AM | Scheduled | Dept 47 / Gordon D. Schaber Superior Court |
| Mandatory Settlement Conference (MSC) | 09/21/2026 01:30 PM | Scheduled | Dept 59 / Hall of Justice |
| Long Cause Trial Assignment | 08/19/2025 08:30 AM | Scheduled | Dept 47 / Gordon D. Schaber Superior Court |
| Mandatory Settlement Conference (MSC) | 07/03/2025 01:30 PM | Vacated | Dept 59 / Hall of Justice |
| Case Management Conference | 12/27/2024 08:30 AM | Scheduled | Dept 38 / Gordon D. Schaber Superior Court |
| Hearing on Motion to Quash Service of Notice of Depo | 10/01/2024 09:00 AM | Vacated | Dept 54 / Hall of Justice |

Copyright © Journal Technologies, USA. All rights reserved.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8827 West Olympic Blvd., Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/03/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/03/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: DI Overnite, LLC a Nevada limited liablity company, 1900 S. State College, #450, Anaheim CA 92806
Courtesy Copy: Honorable Scott C. Clarkson, U.S. Bankrutpcy Court, Ronald Reagan Federal Building, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/03/2026 | Sark Ohanian,Esq. | /s/ Sark Ohanian, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**PROOF OF SERVICE – CONTINUATION PAGE**

**SERVICE VIA NEF**

Reem J Bello on behalf of Interested Party Courtesy NEF
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Eric Bensamochan on behalf of Debtor DI Overnite LLC, a Nevada limited liability company
eric@eblawfirm.us,
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Eric Bensamochan on behalf of Interested Party Eric Bensamochan
eric@eblawfirm.us,
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us

Shraddha Bharatia on behalf of Interested Party Courtesy NEF
notices@becket-lee.com

Anthony Bisconti on behalf of Interested Party Courtesy NEF
tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Ronald K Brown on behalf of Creditor GV Stadium Gateway, LLC
ron@rkbrownlaw.com

Pouya Chami on behalf of Creditor Maria Teresa Scott
pchami@chamilaw.com

Kimberly Ross Clayson on behalf of Creditor Pathward, National Association
kclayson@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com;KKelsey-Dennis@taftlaw.com

Thomas E Coughlin on behalf of Creditor Pathward, National Association
tcoughlin@taftlaw.com, jtravick@jaffelaw.com

Gary D Fidler on behalf of Creditor LT STURGIS, LLC
gfidlerlaw@gmail.com

Marc C Forsythe on behalf of Creditor Gladish Interests
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Creditor Philip Nadal
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Petitioning Creditor Black Widow Holdings, LLLP
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Petitioning Creditor Frank Santamaria
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Petitioning Creditor Joe De La Rosa
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Petitioning Creditor Love, Inc.
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Petitioning Creditor Vision D.M., LLC
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Petitioning Creditor Mike Martin
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Norma V. Garcia on behalf of 3rd Party Plaintiff Quickpay Funding, LLC
ngarciaguillen@garciarainey.com,
jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Norma V. Garcia on behalf of Plaintiff Quickpay Funding, LLC
ngarciaguillen@garciarainey.com,
jnuzzo@garciarainey.com;geason@garciarainey.com;mjskapadia@garciarainey.com

Jeffrey I Golden on behalf of Debtor DI Overnite LLC, a Nevada limited liability company
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Trustee Weneta M.A. Kosmala (TR)
jgolden@go2.law,

kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;
golden.jeffreyi.b117954@notify.bestcase.com

Michael I. Gottfried on behalf of Creditor Enterprise Fleet Management, Inc.
mgottfried@elkinskalt.com,
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Teresa Huggins on behalf of Interested Party Courtesy NEF
thuggins@waymakerlaw.com

Lior Katz on behalf of Creditor Jorge L Arcedo-Sedano
lior@katzlaw.com

Lior Katz on behalf of Creditor Stella Cordero
lior@katzlaw.com

Laura K Kim on behalf of Interested Party RSUI Indemnity Company
l.kim@musickpeeler.com

Weneta M.A. Kosmala (TR)
ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

Lori Krupa on behalf of Interested Party Diana Davis Smith
lorikrupa@me.com

Alexandria Lattner on behalf of Debtor DI Overnite LLC, a Nevada limited liability company
alattner@sheppardmullin.com, ehwalters@sheppardmullin.com

Garry A Masterson on behalf of Creditor Toyota Industries Commercial Finance,
Inc. BnkEcf-CA@weltman.com, gmasterson@weltman.com

Elissa Miller on behalf of Creditor National Partners PFco, LLC
elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Elissa Miller on behalf of Interested Party Courtesy NEF
elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Kerry A. Moynihan on behalf of Creditor Zions Bancorporation, N.A. dba California Bank & Trust
kerry@kamlegal.com

Meghan C Murphey on behalf of Creditor Zions Bancorporation, N.A. dba California Bank & Trust
meghan@themurpheylawyers.com, lorraine@themurpheylawyers.com

Jennifer L Nassiri on behalf of Debtor DI Overnite LLC, a Nevada limited liability company
JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com

Ian J. Quinn on behalf of Creditor Avanti, Inc.
iquinn@wjhattorneys.com

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@hahnlawyers.com,
jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com

Catherine Schlomann Robertson on behalf of Creditor Fortinet, Inc.
crobertson@spencerfane.com, cwilkison@spencerfane.com

Mark S Rosen on behalf of Creditor Pentagon A. Investments, a General Partnership
marksrosen@aol.com, pattielegalasst@aol.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Thomas E Shuck on behalf of Creditor Pathward, National Association
tshuck@pmcos.com, efilings@pmcos.com

Ginger L Sotelo on behalf of Creditor Fortinet, Inc.
gsotelo@pahl-mccay.com, mle@pahl-mccay.com

Rachel P Stoian on behalf of Creditor Seacoast Capital Partners IV, L.P.
stoian.rachel@dorsey.com, stell.laura@dorsey.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Jennifer C Wong on behalf of Creditor Ford Motor Credit Company LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Bennett G Young on behalf of Creditor Rockefeller Commerce Center, LLC
byoung@jmbm.com, jb8@jmbm.com

**SERVICE LIST**

Petitioning Creditor
Mike Martin
c/o William B. Hanley
2700 Newport Blvd, Suite 172
Newport Beach, CA 92663-0000

Love, Inc.
9620 West Russel Road
#2122
Las Vegas, NV 89148

Frank Santamaria
10512 Chestnut Street
Cypress, CA 90630-0000

Vision D.M., LLC
c/o David Meyer, Managing Member
800 S Gay St, Ste 700
Knoxville, TN 37997-0300

Joe De La Rosa
2010 S Palo Verde Ave
Tucson, AZ 85713-0000