| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mindy S. Bish SBN 169143<br>BISH LAW APC<br>27201 Tourney Rd Ste 119<br>Valencia, CA 91355<br>T: 661-255-8300<br>F: 661-255-8301<br>service@bishlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | |
|---|---|
| DI Overnite LLC, a Nevada limited liability company aka<br>DI Investments aka<br>DI Logistics LLC aka<br>Deliver IT LLC<br><br>Debtor(s). | CASE NO.: 8:25-bk-10446-SC<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)**<br><br>DATE: October 14, 2026<br>TIME: 10:00 AM<br>COURTROOM: 5C |

**Movant**: LAURA WASHINGTON

1. **Hearing Location**:
   - ☐ 255 East Temple Street, Los Angeles, CA 90012
   - ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   - ☐ 3420 Twelfth Street, Riverside, CA 92501
   - ☒ 411 West Fourth Street, Santa Ana, CA 92701
   - ☐ 1415 State Street, Santa Barbara, CA 93101

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) ___________ and (*time*) ___________; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 08/04/2026

Bish Law APC
Printed name of law firm (if applicable)

Mindy S. Bish
Printed name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**
   a. ☒ Plaintiff
   b. ☐ Defendant
   c. ☐ Other (*specify):*

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:
   a. *Name of Nonbankruptcy Action*: LAURA WASHINGTON V. DI LOGISTICS LLC, et al.
   b. *Docket number*: 24CV003403
   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
   Sacramento Superior Court
   d. Causes of action or claims for relief (Claims):
   NEGLIGENCE, MOTOR VEHICLE NEGLIGENCE

3. **Bankruptcy Case History:**
   a. ☐ A voluntary ☒ An involuntary petition under chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on (*date*) 02/21/2025 .
   b. ☒ An order to convert this case to chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*date*) 07/10/2025 .
   c. ☐ A plan was confirmed on (*date*) ___________.

4. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:
   a. ☒ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.
   b. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.
   e. ☐ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

f. ☐ The bankruptcy case was filed in bad faith.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

(3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

(4) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☐ Other (*specify*):

5. **Grounds for Annulment of Stay.** Movant took postpetition actions against the Debtor.

a. ☒ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

c. ☐ Other (*specify*):

6. **Evidence in Support of Motion: (*Important Note: declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)**

a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

b. ☐ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☒ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☐ Other relief requested.

Date: 08/04/2026

Bish Law APC
Printed name of law firm (*if applicable)*

Mindy S. Bish
Printed name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) Mindy S. Bish, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

   ☐ I am the Movant.
   ☒ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☐ I am employed by Movant as (*title and capacity*):
   ☐ Other (*specify*):

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (*specify):*

4. The Nonbankruptcy Action is pending as:

   a. *Name of Nonbankruptcy Action*: LAURA WASHINGTON v. DI LOGISTICS LLC, et al.
   b. *Docket number*: 24CV003403
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action is pending*:
   Sacramento Suprior Court

5. **Procedural Status of Nonbankruptcy Action**:

   a. The Claims are:
   On 03/14/2022, Defendant Kenneth Woods while in the course and scope of his employment with DI Logistics LLC operated his vehicle that violated traffic safety rules including failing to keep a proper lookout, failing reverse until it was safe to do so, and failing to yield to oncoming traffic who had the the right of way. Plaintiff was a passenger in a vehicle operated by Louis Shepard.

   b. True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit 1.

   c. The Nonbankruptcy Action was filed on (*date*) 02/27/2024.

   d. Trial or hearing began/is scheduled to begin on (*date*) Stayed.

   e. The trial or hearing is estimated to require N/A days (*specify*).

   f. Other plaintiffs in the Nonbankruptcy Action are (*specify*):
   Only the Movant.

g. Other defendants in the Nonbankruptcy Action are (*specify*):

Kenneth Woods (employee of the Debtor); Louis Shepard (Defendant driving the vehicle movant was a passanger in at the time of the incident); Lyft, Inc.(employer of Defendant Louis Shepard)

6. **Grounds for relief from stay:**

a. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

b. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c. ☒ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate. The insurance carrier and policy number are (*specify*):

Old Republic Insurance Company; Policy number MWTB31437421

d. ☒ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

(1) ☒ It is currently set for trial on (*date*) 08/19/2025 but stayed

(2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) ____________. The basis for this belief is (*specify*):

(3) ☒ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

(1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2) ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

(3) ☐ Multiple bankruptcy cases affecting the Property include:

(A) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(B) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(C) Case name:
Case number: Chapter:
Date filed: Date discharged: Date dismissed:
Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f. ☐ See attached continuation page for other facts justifying relief from stay.

7. ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit ____

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/04/2026 | Mindy S. Bish | |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27201 Tourney Rd Ste 119, Valencia, CA 91355

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/28/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

KAREN LUONG (SBN 246809)
Karen.Luong@huschblackwell.com
Hilda A. Akopyan (SBN 310094)
Hilda.Akopyan@huschblackwell.com

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/04/2026 | Victoria Briones | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Exhibit “1”

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: **348973**
NAME: **T. Tara Harirchi**
FIRM NAME: **Bish & Cutting, APC**
STREET ADDRESS: **22505 Market St.**
CITY: **Newhall** STATE: **California** ZIP CODE: **91321**
TELEPHONE NO.: **6612558300** FAX NO.: **6612558301**
EMAIL ADDRESS: **service@bishcutting.com**
ATTORNEY FOR *(name):* **Laura Washington**

*FOR COURT USE ONLY*

**ELECTRONICALLY FILED**
Superior Court of California
County of Sacramento
02/27/2024
By: K. Lideros Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento**
STREET ADDRESS: **720 9th Street**
MAILING ADDRESS: **720 9th Street**
CITY AND ZIP CODE: **Sacramento 95814**
BRANCH NAME: **Gordon D. Schaber Sacramento County Courthouse**

PLAINTIFF: **Laura Washington**
DEFENDANT: **DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard**
☑ DOES 1 TO **25**

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED *(Number):***
**Type *(check all that apply):***
☑ **MOTOR VEHICLE** ☐ **OTHER *(specify):***
☐ **Property Damage** ☐ **Wrongful Death**
☑ **Personal Injury** ☐ **Other Damages *(specify):***

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

CASE NUMBER: 24CV003403

1. **Plaintiff** *(name or names):* **Laura Washington**
alleges causes of action against **defendant** *(name or names):*
**DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard, Does 1-25**
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: **Washington v. DI Logistics LLC** | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [x] **except** defendant *(name):* **DI Logistics LLC**
      (1) [ ] a business organization, form unknown.
      (2) [x] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   b. [x] **except** defendant *(name):* **Lyft, Inc.**
      (1) [ ] a business organization, form unknown.
      (2) [x] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   c. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown.
      (2) [ ] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   d. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown.
      (2) [ ] a corporation.
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [x] Doe defendants *(specify Doe numbers):* **1-25** were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants *(specify Doe numbers):* **1-25** are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: **Washington v. DI Logistics LLC** | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☑ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
   a. ☑ wage loss.
   b. ☑ loss of use of property.
   c. ☑ hospital and medical expenses.
   d. ☑ general damage.
   e. ☑ property damage.
   f. ☑ loss of earning capacity.
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages.
      (2) ☐ punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof.
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: **02.27.2024**

**T. Tara Harirchi**
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(1)

| SHORT TITLE: Washington v. DI Logistics LLC | CASE NUMBER: |
|---|---|

FIRST (number) **CAUSE OF ACTION—Motor Vehicle**

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: **Laura Washington**

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred

on *(date)*: **03/14/2022**

at *(place)*:
**5101 Fruitridge Rd, Sacramento, CA 95820. Defendant Kenneth Woods while in the course and scope of his employment with DI Logistics LLC operated his vehicle that violated traffic safety rules including failing to keep a proper lookout, failing reverse until it was safe to do so, and failing to yield to oncoming traffic who had the right of way. Plaintiff was a passenger in a vehicle operated by Louis Shepard who was transporting Plaintiff through the Lyft, Inc. platform. Defendant Shepard may have been traveling too fast for roadway conditions.**

MV- 2. DEFENDANTS

a. ☑ The defendants who operated a motor vehicle are *(names)*:
**DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard**

☑ Does **1** to **25**

b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*:
**DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard**

☑ Does **1** to **25**

c. ☑ The defendants who owned the motor vehicle which was operated with their permission are *(names)*:
**DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard**

☑ Does **1** to **25**

d. ☑ The defendants who entrusted the motor vehicle are *(names)*:
**DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard**

☑ Does **1** to **25**

e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
**DI Logistics LLC; Kenneth Woods; Lyft, Inc.; Louis Shepard**

☑ Does **1** to **25**

f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment MV-2f ☐ as follows:

☐ Does ______ to ______

# Sacramento Superior Court

**Journal Technologies**

**24CV003403** WASHINGTON vs DI LOGISTICS LLC, et al.
**Unlimited Civil** (Motor Vehicle - Personal Inju...) Hall of Justice / DEPT 54 - HON. Christopher E. Krueger
Filed: 02/27/2024 Next Hearing: 02/27/2026 Case Management Conference Back

## Case Summary

Documents | Register of Actions | Case Participants | Hearings | Tentative Rulings

### Case Participants

| Name | AKA/DBA | Party-Type | Representation |
|---|---|---|---|
| Complaint filed by Laura Washington on 02/27/2024 | | | |
| Laura Washington (Plaintiff) | | Plaintiff | Stacey Rae Cutting |
| DI Logistics LLC (Defendant) | | Defendant | Hilda Adriana Akopyan |
| Kenneth Woods (Defendant) | | Defendant | Hilda Adriana Akopyan |
| Lyft, Inc. (Defendant) | | Defendant | DENNIS WHELAN |
| Louis Shepard (Defendant) | | Defendant | |
| Does 1 25 (Defendant) | | Defendant | |

Copyright © Journal Technologies, USA. All rights reserved.

# Sacramento Superior Court

Journal Technologies

**24CV003403** WASHINGTON vs DI LOGISTICS LLC, et al.

**Unlimited Civil** (Motor Vehicle - Personal Inju...) Hall of Justice / DEPT 54 - HON. Christopher E. Krueger

Filed: 02/27/2024 Next Hearing: 02/27/2026 Case Management Conference

Back

Case Summary

Documents | Register of Actions | Case Participants | Hearings | Tentative Rulings

| Date | Message | Category |
|---|---|---|
| 11/10/2025 | Case reassigned to Hall of Justice in Department 54 - Hon. Christopher E. Kruegereffective 11/10/2025<br>Reason: Other | Assignment |
| 10/25/2025 | Case Management Conference scheduled for 02/27/2026 at 08:30 AM in Gordon D. Schaber Superior Court at Department 28 Not Held Rescheduled by Court was rescheduled to 02/27/2026 09:00 AM in Hall of Justice at Department 54 | Event |
| 10/24/2025 | Minute Order (Notice of Reassignment to Civil Home Court Department Effec...) | Minute Order |
| 04/07/2025 | Address for Hilda Adriana Akopyan (Attorney) updated | Party |
| 04/07/2025 | Defendant DI Logistics, LLC's Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings<br>Filed by: DI Logistics LLC (Defendant) | Document |
| 04/07/2025 | Notice of Stay of Proceedings (Bankruptcy)<br>Filed by: DI Logistics LLC (Defendant)<br>Bankruptcy Stay Case Type: Party | Document |
| 02/07/2025 | Case Management Conference scheduled for 02/07/2025 at 08:30 AM in Gordon D. Schaber Superior Court at Department 28 Not Held Continued Court's Motion was rescheduled to 02/27/2026 08:30 AM | Event |
| 02/07/2025 | Minute Order (Case Management Conference) | Minute Order |
| 02/06/2025 | Tentative Case Management Order | Tentative Ruling |
| 01/27/2025 | Case Management Statement<br>Filed by: DI Logistics LLC (Defendant); Kenneth Woods (Defendant); Lyft, Inc. (Defendant) et al. | Document |
| 01/24/2025 | Case Management Statement<br>Filed by: Laura Washington (Plaintiff) | Document |
| 01/15/2025 | On the Court's own motion, Case Management Conference scheduled for 02/07/2025 at 08:30 AM in Gordon D. Schaber Superior Court at Department 38 Not Held Rescheduled by Court was rescheduled to 02/07/2025 08:30 AM at Department 28 | Event |
| 11/21/2024 | Minute Order (Hearing on Motion to Compel Arbitration and Stay Proceedings) | Minute Order |

| Date | Message | Category |
|---|---|---|
| 11/21/2024 | Hearing on Motion to Compel Arbitration and Stay Proceedings scheduled for 11/21/2024 at 09:00 AM in Hall of Justice at Department 54 Not Held - Taken Off Calendar by Court on 11/21/2024 | Event |
| 11/20/2024 | Tentative Ruling (Motion to Compel Arbitration and Stay Proceedings) | Tentative Ruling |
| 11/14/2024 | Updated -- Stacey Rae Cutting (Attorney):<br>Organization Name changed from Bish & Cutting, APC to Bish Law, APC | Party |
| 11/13/2024 | Request for Dismissal<br>Filed by: Laura Washington (Plaintiff)<br>As to: Lyft, Inc. (Defendant) | Document |
| 11/13/2024 | On the Complaint filed by Laura Washington on 02/27/2024, entered Request for Dismissal without prejudice filed by Laura Washington as to Lyft, Inc. | Dismissal |
| 11/13/2024 | Notice of Change of Firm Name<br>Filed by: Laura Washington (Plaintiff)<br>New Firm Name: Bish Law, APC | Document |
| 10/11/2024 | Hearing on Motion to Compel Arbitration scheduled for 11/21/2024 at 09:00 AM in Hall of Justice at Department 54 | Event |
| 10/11/2024 | Motion to Compel Arbitration and Stay Proceedings<br>Filed by: Lyft, Inc. (Defendant) | Document |
| 10/11/2024 | Memorandum of Points & Authorities ISO Motion to Compel Arbitration and Stay Proceedings<br>Filed by: Lyft, Inc. (Defendant) | Document |
| 10/11/2024 | Appendix of Out of State and Unpublished Authorities ISO Motion to Compel Arbitration and Stay Proceedings<br>Filed by: Lyft, Inc. (Defendant) | Document |
| 10/11/2024 | Compendium of Exhibits ISO Motion to Compel Arbitration and Stay Proceedings<br>Filed by: Lyft, Inc. (Defendant) | Document |
| 10/11/2024 | Declaration of Paul Mccachern iISO Motion to Compel Arbitration and Stay Proceedings<br>Filed by: Lyft, Inc. (Defendant) | Document |
| 10/11/2024 | Declaration of Dennis J. Whelan ISO Motion to Compel Arbitration and Stay Proceedings<br>Filed by: Lyft, Inc. (Defendant) | Document |

| Date | Message | Category |
| --- | --- | --- |
| 10/11/2024 | Proof of Service by Email<br>Filed by: Lyft, Inc. (Defendant)<br>As to: Laura Washington (Plaintiff) | Document |
| 08/27/2024 | Notice of Related Case<br>Filed by: DI Logistics LLC (Defendant) | Document |
| 08/23/2024 | Notice of Related Case<br>Filed by: DI Logistics LLC (Defendant) | Document |
| 08/20/2024 | Address for DENNIS WHELAN (Attorney) updated | Party |
| 08/19/2024 | Answer<br>Filed by: Lyft, Inc. (Defendant)<br>As to: Laura Washington (Plaintiff) | Document |
| 07/24/2024 | Proof of Personal Service<br>Filed by: Laura Washington (Plaintiff)<br>As to: Lyft, Inc. (Defendant)<br>Service Date: 07/19/2024 | Document |
| 07/24/2024 | Proof of Personal Service<br>Filed by: Laura Washington (Plaintiff)<br>As to: Louis Shepard (Defendant)<br>Service Date: 07/22/2024 | Document |
| 05/03/2024 | Answer<br>Filed by: DI Logistics LLC (Defendant)<br>As to: Laura Washington (Plaintiff) | Document |
| 02/27/2024 | Case assigned to Hon. Christopher E. Krueger in Department 54 Hall of Justice | Assignment |
| 02/27/2024 | Complaint<br>Filed by: Laura Washington (Plaintiff)<br>As to: DI Logistics LLC (Defendant); Kenneth Woods (Defendant); Lyft, Inc. (Defendant) et al. | Document |
| 02/27/2024 | Summons on Complaint<br>Issued and Filed by: Laura Washington (Plaintiff)<br>As to: DI Logistics LLC (Defendant); Kenneth Woods (Defendant); Lyft, Inc. (Defendant) et al. | Document |
| 02/27/2024 | Civil Case Cover Sheet<br>Filed by: Laura Washington (Plaintiff)<br>As to: DI Logistics LLC (Defendant); Kenneth Woods (Defendant); Lyft, Inc. (Defendant) et al. | Document |

| Date | Message | Category |
|---|---|---|
| 02/27/2024 | Notice of Case Assignment and Case Management Conference<br>Filed by: Clerk | Document |
| 02/27/2024 | Case Management Conference scheduled for 02/07/2025 at 08:30 AM in Gordon D. Schaber Superior Court at Department 38 | Event |

Copyright © Journal Technologies, USA. All rights reserved.

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

C.C.P. Sections 1013

I, the undersigned, hereby certify that I am a citizen of the United States and over the age of eighteen; I work in the County of Los Angeles, California, in which County the within mailing took place; and I am not a party to the subject case. My business address is 27201 Tourney Rd Ste 119, Valencia, CA 91355.

I am familiar with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business.

On, September 14, 2026, I placed the within document(s) described as:

**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages with postage thereon fully prepaid, and following the ordinary business practices of this law firm, placed said envelope(s) for collection and mailing to the parties to the within action, at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon full prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ VIA FACSIMILE TRANSMISSION [Complying with Code of Civil Procedure § 1013(e) and (f)]: from Fax number 661.255.8301 to the fax number.

☐ BY OVERNIGHT COURIER: I served such envelope or package to be delivered by an overnight service in an envelope or package.

☐ BY PERSONAL SERVICE: I personally delivered the documents listed above.

☒ BY ELECTRONIC SERVICE: I caused such document(s) to be electronically served via email.

Executed on, September 14, 2026, at Valencia, CA 91355.

Victoria Briones

## SERVICE LIST

Michael T. McCall, Esq
Brian Dworetzky, Esq
Walsworth, LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612
T: 714-634-2522
dhalberstadt@walsworthlaw.com
mmccall@walsworthlaw.com
bdworetzky@walsworthlaw.com
ncroft@walsworthlaw.com
Attorney for Defendant DI Logistics LLC and Kenneth Woods